Motion Granted; Appeal Dismissed and Memorandum
Opinion filed April 29, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00087-CV

____________

 

HOU-SCAPE, INC., Appellant

 

V.

 

CINTAS CORP., Appellee

 



 

On Appeal from the
County Court at Law No. 2

Harris County,
Texas

Trial Court Cause
No. 937606

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 15, 2010.  On April 16, 2010,
appellant filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Brown, Sullivan,
Christopher.